UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARGARET LUEVANO, individual and as heir and successor in interest to DONALD LUEVANO, deceased,<br><br>        Plaintiff,<br><br>  v.<br><br>COVENANT CARE CALIFORNIA, LLC, d/b/a WAGNER HEIGHTS NURSING AND REHABILITATION CENTER; COVENANT CARE, LLC; and DOES 1-50,<br><br>        Defendants. | No. 2:22-cv-00131 WBS CKD<br><br>ORDER RE: MOTION TO REMAND |

----oo0oo----

This action was removed to this court from San Joaquin County Superior Court on January 21, 2022. (Docket Nos. 1, 1-1.) On February 24, 2022, plaintiff moved to remand the case back to state court, arguing that defendants' asserted bases for federal jurisdiction were invalid. (Docket No. 8.) On April 5, 2022, defendants filed a statement on non-opposition to the motion. (Docket No. 11.)

1

1    There being no opposition, plaintiff's motion to remand
2 is hereby GRANTED, and this matter is hereby REMANDED to the
3 Superior Court of the State of California, in and for the County
4 of San Joaquin.[1]

5 Dated: April 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Defendants' motion to dismiss (Docket No. 3) is hereby DENIED AS MOOT, without prejudice.